# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 1, 2016

152455

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

SALEM SPRINGS, LLC,
   Plaintiff-Appellant,

v

SALEM TOWNSHIP and WASHTENAW
COUNTY CLERK,
   Defendants,

and

NORMAN E. KLEIN, SR., NORMAN E.
KLEIN, JR., and CONCERNED CITIZENS
OF SALEM,
   Intervening Defendants-Appellees.

SC:  152455
COA:  322956
Washtenaw CC:  12-000928-AW

_____/

  On order of the Court, the application for leave to appeal the September 8, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



  I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 1, 2016



p0525

            Clerk